Miyoko Sakashita (CA Bar No. 239639)
Kristen Monsell (CA Bar No. 304793)
Catherine Kilduff (CA Bar No. 256331)
Center for Biological Diversity
1212 Broadway, Suite 800
Oakland, CA 94612
Phone: (510) 844-7100
Facsimile: (510) 844-7150
Email:  miyoko@biologicaldiversity.org
        kmonsell@biologicaldiversity.org
        ckilduff@biologicaldiversity.org

*Attorneys for Plaintiffs*

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| CENTER FOR BIOLOGICAL DIVERSITY; TURTLE ISLAND RESTORATION NETWORK; WISHTOYO FOUNDATION;<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>NATIONAL MARINE FISHERIES SERVICE; WILBUR ROSS, Secretary of Commerce;<br><br>　　　　Defendants. | Case No. 18-1628<br><br>**CORPORATE DISCLOSURE STATEMENT AND CERTIFICATE OF INTERESTED ENTITIES OR PERSONS** |

**CORPORATE DISCLOSURE STATEMENT AND CERTIFICATE OF**

**INTERESTED ENTITIES OR PERSONS**

Pursuant to Federal Rule of Civil Procedure 7.1, I, the undersigned counsel of record for Plaintiffs Center for Biological Diversity, Turtle Island Restoration Network, and Wishtoyo Foundation certify that to the best of my knowledge and belief these Plaintiffs do not have any parent companies, subsidiaries, or affiliates that have issued shares to the public. Pursuant to Civil

1  Local Rule 3-15, the undersigned certifies that as of this date, other than the named parties, there
2  is no such interest to report.
3      Respectfully submitted this 15th day of March,
4
5                      /s/ Catherine Kilduff
6
7                      Catherine Kilduff
8                      Center for Biological Diversity
                      1212 Broadway, Suite 800
9                      Oakland, CA 94612
10                   Phone: (510) 844-7108
                    Facsimile: (510) 844-7150
11                   Email:  ckilduff@biologicaldiversity.org
12
                 *Attorney for Plaintiffs Center for Biological*
13                 *Diversity, Turtle Island Restoration Network, and Wishtoyo Foundation*