# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CENTER FOR BIOLOGICAL DIVERSITY; TURTLE ISLAND RESTORATION NETWORK; WISHTOYO FOUNDATION,<br><br>Plaintiffs,<br><br>v.<br><br>NATIONAL MARINE FISHERIES SERVICE; WILBUR ROSS, in his official capacity as Secretary of the Department of Commerce,<br><br>Defendants. | CASE NO. 3:18-cv-01628-EDL |

**ORDER**

Pursuant to the parties' Stipulated Request to Extend Defendants' Deadlines by 90 Days (ECF No. 25), IT IS HEREBY ORDERED that:

NMFS shall submit to the *Federal Register* for publication a final determination concerning the designation of critical habitat for the Western North Pacific, Mexico, and Central America distinct population segments of humpback whale no later than April 15, 2021.

DATED: 1/19/2021

Haywood S. Gilliam, Jr.
United States District Judge